**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-10975
Summary Calendar

_____

ANNIE LYNETTA GREEN,

Plaintiff-Appellant,

VERSUS

FIRST FOOD COMPANY;
MICHAEL BERRIER, Produce Manager,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-1567-T)

_____
March 3, 1998

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record, we agree with the district court that this Title VII action is time-barred because appellant did not file her suit within 90 days after she received her right to sue letter from the EEOC. The district court, therefore, correctly dismissed this suit.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.